UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61560-Civ-Zloch/Rosenbaum

ELTA P. THOMAS,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.

    Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED this 11th day of August 2010.

                                          Respectfully submitted,

                                          s/ Kenneth C. Grace
                                          Kenneth C. Grace, Esq.
                                          Florida Bar No.: 0658464
                                          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                          3350 Buschwood Park Drive, Suite 195
                                          Tampa, Florida  33618-43617
                                          Telephone No.: (813) 890-2465
                                          Facsimile No.: (866) 466-3140
                                          kgrace@sessions-law.biz
                                          Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August 2010, a true and correct copy of the foregoing was sent via CM/ECF electronic filing to the following:

Donald A. Yarbrough, Esq.
Post Office Box 11842
Ft. Lauderdale, FL  33339

s/ Kenneth C. Grace, Esq.
Attorney

\\sfnfs02\prolawdocs\6947\6947-24961\Thomas, Elta P\170582.doc